**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus RIOS–CALLEROS, aka Marcelino Calleros aka Jesus Marcelino Rios, Defendant—Appellant.**

No. 01–10524.
D.C. No. CR–00–01140–PGR.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2002.*

Decided May 31, 2002.

Before FERNANDEZ, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Appellant Jesus Rios–Calleros appeals his 121–month sentence following a jury trial for possession of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. We have

jurisdiction under 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a), and we affirm.

Rios–Calleros contends that the district court erred by declining to grant a two-level downward adjustment under U.S.S.G. § 3B1.2(b) for being a "minor participant." The record indicates that the district court recognized its authority to grant the adjustment, but determined that Rios–Calleros was not a minor participant. Because there was sufficient evidence to support this finding, the district court did not clearly err in denying the downward adjustment. *See United States v. Murillo,* 255 F.3d 1169, 1179 (9th Cir.2001).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.